UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38018 |
|---|---|
| KENNETH E SEYMOUR | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 63 | HUNTINGTON NATIONAL BANK<br>10000 E GEDDES AVE   STE 100<br>ENGLEWOOD, CO  80112 | 14.40 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service 05-38018

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| KENNETH E SEYMOUR<br>2800 ECKLEY BLVD.<br>DAYTON, OH 45449 | JEFFREY R MCQUISTON<br>FIRST NATIONAL PLAZA<br>130 W SECOND ST STE 1818<br>DAYTON, OH 45402 | (64.1n)<br>ATTY GENERAL STATE OF OHIO<br>% REBECCA DAUM<br>30 E BROAD ST 23RD FL<br>COLUMBUS, OH 43215 |
| (67.1n)<br>B FIRST LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE SUITE 1030<br>SEATTLE, WA 98121 | (63.1)<br>HUNTINGTON NATIONAL BANK<br>10000 E GEDDES AVE STE 100<br>ENGLEWOOD, CO 80112 | (66.1n)<br>JP MORGAN CHASE BANK<br>ATTN BANKRUPTCY DEPT<br>BOX 3155<br>MILWAUKEE, WI 53201 |

Jeffrey M. Kellner BY  ___/s/ Jeffrey M. Kellner_____  cs